UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

KAREEM RICHARDSON,
    Petitioner,

       vs.                      CIVIL ACTION
                                   NO. 05-11792-DPW

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

WOODLOCK, District Judge

    The Clerk of this Court is hereby ordered to serve a copy of the **Motion for review of final sentence pursuant to 18 U.S.C. 3742 (a)(1)**, upon the office of the United States Attorney.

    It is further ordered that the office of the United States Attorney shall, within 20 days of receipt of this Order, but no later than **OCTOBER 8, 2005,** file a dispositive response, or other responsive pleading, if a dispositive response is not appropriate, to the motion. If Respondent intends to file a dispositive motion in this case, a dispositive motion shall be filed by **OCTOBER 8 2005.**

                                                        BY THE COURT,

                                                        /s/ Michelle Rynne
                                                        Deputy Clerk

DATED: September 8, 2005