UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAREEM RICHARDSON           )
                            )
        v.                  ) Civil Action No.: 05-11792-DPW
                            )
UNITED STATES OF AMERICA    )

GOVERNMENT'S MOTION FOR AN EXTENSION
OF TIME IN WHICH TO RESPOND TO PETITIONER'S
<u>MOTION FOR REVIEW OF FINAL SENTENCE</u>

The United States files this Motion for an extension of time in which to respond to the petitioner's motion for review of his final sentence.  The government requests until November 21, 2005 to file its response.  The undersigned Assistant U.S. Attorney believes that the Order directing him to respond earlier was properly served by electronic means but, put bluntly, the undersigned Assistant U.S. Attorney failed to see the Order.  The undersigned apologizes for this oversight and requests an extension of time in which to respond on the grounds that he is in the final stages of trial preparation in the case captioned: <u>United States v. Lafortune</u>, 03-10366-PBS.  That trial will begin on October 31, 2005 and last approximately one week.

Accordingly, the government respectfully requests an extension of time until November 21, 2005 to respond to the Petitioner's Motion.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                             By:  /s/ George W. Vien
                                     George W. Vien
                                     Assistant U.S. Attorney

                        CERTIFICATE OF SERVICE

I certify have that I served the person listed below a copy of the foregoing document by causing it to be deposited in the United States mail in an envelope bearing sufficient postage for delivery:

Kareem Richardson
BOP Reg. No.: 21518-038
FCI Raybrook
P.O. Box 9007
Ray Brook, New York 12977

                                       /s/ George W. Vien
                                       George W. Vien
                                       Assistant U.S. Attorney