United States District Court
District of Massachusetts

Kareem Richardson
Petitioner
VS.
United States of America
Respondent

Civil Action
No. 05-11792-DPW

Change of Address Notice

Dear Clerk of Court

I Kareem Richardson am writing to inform the court of my change of institution address

Kareem Richardson #21518-038
F.C.I. Elkton
P.O. Box 10
Lisbon, OH 44432

Thank you
Kareem Richardson

Date. 11-22-05