UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
KAREEM RICHARDSON           )
     Petitioner,            )    CIVIL ACTION NO.
                            )    05-11792-DPW
v.                          )
                            )    CRIMINAL NO. 97-10111-DPW
UNITED STATES OF AMERICA,   )
Respondent.                 )
```

### ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order entered December 1, 2005, denying the Petition for Habeas Corpus relief under 28 U.S.C. §2255, for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED.

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

DATED: December 1, 2005